# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS AG, NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>NOVADOZ PHARMACEUTICALS LLC, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED,<br><br>Defendants. | No. 25-CV-00849-EP-JRA |

## NOTICE OF MOTION FOR A STAY OF INJUNCTION PENDING APPEAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 62(d), Defendants Novadoz Pharmaceuticals LLC, MSN Pharmaceuticals Inc., and MSN Laboratories Private Limited, (collectively, "MSN"), through their undersigned counsel, on notice to Plaintiffs through their counsel, shall move before the Honorable Evelyn Padin, U.S.D.J. for a stay pending appeal of the March 17, 2025 Opinion and Order granting Plaintiffs' Motion for a Preliminary Injunction, (ECF Nos. 32, 33).

PLEASE TAKE FURTHER NOTICE that in support of this motion, MSN will rely on the enclosed Memorandum of Law submitted concurrently herewith. A proposed Order and a Certificate of Service also accompany this motion.

1

Dated: March 24, 2025

Respectfully submitted,

*/s/ Rebekah Conroy*
Rebekah Conroy
STONE CONROY LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
(973) 400-4181
rconroy@stoneconroy.com

Ron Daignault
Richard Juang
DAIGNAULT IYER LLP
8229 Boone Boulevard, Suite 450
Vienna, VA 22182
(917) 838-9795

Gianni P. Servodidio
Jacquellena Carrero
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 891-1600
Fax: (212) 891-1699
gservodidio@jenner.com
jcarrero@jenner.com

***Attorneys for Defendants***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2025, I caused a copy of the foregoing to be served upon all counsel of record via ECF notification.

*/s/ Rebekah Conroy*
Rebekah Conroy
