Rebekah R. Conroy
rconroy@stoneconroy.com



April 15, 2025

**Via ECF**
Honorable Evelyn Padin, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      *Re:    Novartis v. Novadoz et als.*
              *Civil Action No. 2:25-cv-00849-EP-JRA*

Dear Judge Padin:

      We, along with our co-counsel at Daignault Iyer LLP and Jenner & Block LLP, represent Defendants Novadoz Pharmaceuticals LLC, MSN Pharmaceuticals Inc., MSN Laboratories Private Limited (collectively, "MSN") in the above matter. We write to provide the Court with the April 15, 2025 Order of the United State Court of Appeals for the Third Circuit in Case No. 25-1550.

                                                      Respectfully submitted,

                                                      /s/ Rebekah Conroy
                                                      Rebekah Conroy

Encl.
cc: Counsel of Record via ECF

Stone Conroy LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
Tel 973 400 4181  Fax 973 498 0070
www.stoneconroy.com

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-085-E

No. 25-1550

NOVARTIS AG;
NOVARTIS PHARMACEUTICALS CORP.

v.

NOVADOZ PHARMACEUTICALS LLC;
MSN PHARMACEUTICALS, Inc.;
MSN LABORATORIES PRIVATE LIMITED, Appellants

(D.N.J. No. 2:25-cv-00849)

Present: CHUNG, Circuit Judge

    1.    Motion by Appellants to Expedite Briefing, Argument and Disposition with a proposed briefing schedule of:

        Appellants' Opening Brief: April 23, 2025
        Appellee's Opposition Brief: May 23, 2025
        Appellants' Reply Brief: June 6, 2025

    2.    Appellee's Response to Motion to Expedite;

    3.    Reply in Support of Motion to Expedite.

        Respectfully,
        Clerk/sb

_____ORDER_____

The Court will defer action on the foregoing motion and hold this appeal in abeyance pending the District Court's decision on reconsideration of the order granting the preliminary injunction. The parties are directed to immediately notify the Clerk when the District Court has rendered its decision. Appellants shall also indicate whether they intend to move forward with the appeal and the motion to expedite and update the proposed briefing schedule, if necessary.

By the Court,

s/ Cindy K. Chung
Circuit Judge

Dated: April 15, 2025
Sb/cc: All Counsel of Record