Rebekah R. Conroy
rconroy@stoneconroy.com



May 19, 2025

**Via ECF**
Honorable Evelyn Padin, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

>   Re:   *Novartis v. Novadoz et als.*
>         Civil Action No. 2:25-cv-00849-EP-JRA

Dear Judge Padin:

      We, along with our co-counsel at Daignault Iyer LLP and Jenner & Block LLP, represent Defendants Novadoz Pharmaceuticals LLC, MSN Pharmaceuticals Inc., and MSN Laboratories Private Limited (collectively, "MSN") in the above matter. We write to provide the Court with a copy of the enclosed May 15, 2025 joint status update filed with the United States Court of Appeals for the Third Circuit in Case No. 25-1550.

      We also write to emphasize the time-sensitive nature of the issues currently pending before the Court given the Court's March 17, 2025 decision. Whatever the outcome of the parties' related pending patent litigation, all patent barriers to MSN's entry will end by July 16, 2025 at the latest. On that date, Plaintiffs' pediatric exclusivity period will have expired, making it possible for FDA-approved generic versions of Entresto to enter the market. Thus, as of July 16, 2025 at the latest, the trade dress injunction entered in this matter (Doc. No. 32) will be the sole remaining injunction preventing MSN from launching its generic Entresto product, and may cause MSN to lose its first-mover advantage. We bring the above timeline to the Court's attention consistent with MSN's goal of having sufficient time before July 16, 2025 to complete appellate review or to seek an appellate stay of the Court's March 17, 2025 decision.

      Respectfully submitted,

/s/ Rebekah Conroy
Rebekah Conroy

Encl.
cc: Counsel of Record via ECF

Stone Conroy LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
Tel 973 400 4181 Fax 973 498 0070
www.stoneconroy.com

# No. 25-1550

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

NOVARTIS AG; NOVARTIS PHARMACEUTICALS CORPORATION,

*Plaintiffs-Appellees*,

v.

NOVADOZ PHARMACEUTICALS LLC; MSN PHARMACEUTICALS INC.; MSN LABORATORIES PRIVATE LIMITED,

*Defendants-Appellants*.

Appeal from the United States District Court for the District of New Jersey, No. 2:25-cv-00849, Hon. Evelyn Padin

# JOINT STATUS REPORT

By Orders of April 15, 2025, this Court held this appeal "in abeyance pending the District Court's decision on reconsideration of the order granting the preliminary injunction" and directed all parties to file a status report on May 15, 2025, and every 30 days thereafter. ECF11, ECF12. The parties jointly report that there have been no further developments in the District Court.

Dated: May 15, 2025                                                  Respectfully submitted,


/s/ *Adam G. Unikowsky*                                              /s/ *Deanne E. Maynard*

ADAM G. UNIKOWSKY                                                    DEANNE E. MAYNARD
JENNER & BLOCK LLP                                                   SETH W. LLOYD
1099 New York Avenue NW                                              MORRISON & FOERSTER LLP
Suite 900                                                            2100 L Street NW, Suite 900
Washington, D.C. 20001                                               Washington, DC 20037
(202) 639-6041                                                       Tel.: (202) 887-8740
aunikowsky@jenner.com                                                DMaynard@mofo.com


GIANNI P. SERVODIDIO                                                 ZACH ZHENHE TAN
RÉMI JAFFRÉ                                                          MORRISON & FOERSTER LLP
JENNER & BLOCK LLP                                                   425 Market Street
1155 Avenue of the Americas                                          San Francisco, CA 94105
New York, NY 10036
(212) 891-1620                                                       MEGAN K. BANNIGAN
gservodidio@jenner.com                                               DEBEVOISE & PLIMPTON LLP
rjaffre@jenner.com                                                   66 Hudson Boulevard
                                                                     New York, NY 10001

RON DAIGNAULT                                                        *Counsel for Plaintiffs-Appellees*
DAIGNAULT IYER LLP
8229 Boone Boulevard, Suite 450
Vienna, VA 22182
(917) 838-9795
rdaignault@daignaultiyer.com


REBEKAH CONROY
STONE CONROY LLC
25A Hanover Road Suite 301
Florham Park, NJ 07932
(973) 400-4181
rconroy@stoneconroy.com


*Counsel for Defendants-Appellants*

2

## CERTIFICATE OF COMPLIANCE AND BAR MEMBERSHIP

The foregoing filing complies with the relevant type-volume limitations and typeface and type style requirements of the Federal Rules of Appellate Procedure because it has been prepared using a proportionally spaced typeface, including serifs, in 14-point Times New Roman font using Microsoft Word and includes 62 words, excluding the parts exempted by the Rules.

Pursuant to Local Appellate Rules 28.3(d) and 46.1(e), I certify that I am an active member in good standing of the Bar of the United States Court of Appeals for the Third Circuit.

Dated: May 15, 2025                          /s/ Deanne E. Maynard
                                                         Deanne E. Maynard

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system on May 15, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: May 15, 2025 /s/ Deanne E. Maynard
Deanne E. Maynard

sf-6726569