NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS AG and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>NOVADOZ PHARMACEUTICALS LLC, *et al.*,<br><br>    Defendants. | No. 25cv849 (EP) (JRA)<br><br>**ORDER** |

    Defendants MSN Laboratories Private Limited, MSN Pharmaceuticals Inc., and Novadoz Pharmaceuticals LLC (collectively, "MSN") move to stay the Court's order granting Plaintiffs Novartis AG and Novartis Pharmaceuticals Corporation's motion for a preliminary injunction. D.E. 37 ("Motion to Stay"). Having reviewed the parties' submissions and all other relevant items on the docket, and having determined that oral argument is not necessary,

    **IT IS**, on this **22nd** day of May 2025, for the reasons set forth in the accompanying Opinion,

    **ORDERED** that MSN's Motion to Stay, D.E. 37, is **GRANTED**.

*/s/ Evelyn Padin*
_____
Evelyn Padin, U.S.D.J.